UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

YOUSUF AHMED,
*individually and on behalf of all those similarly situated,*

Plaintiff,

v.

THG NUTRITION US INC. D/B/A MY PROTEIN

Defendant.

**Case Number: 26-cv-________**

# NOTICE OF REMOVAL

Defendant THG Nutrition US Inc. d/b/a My Protein ("THG") by and through undersigned counsel, hereby remove the action titled *Yousuf Ahmed v. THG Nutrition US Inc.*, filed in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 2026-010532-CA-01 (the "State Court Action"), to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. THG states the following in support of this Notice of Removal:

## I. Procedural and Factual Background

On May 26, 2026, Plaintiff Yousef Ahmed filed his civil cover sheet and Complaint in the State Court Action. *See* Ex. 1 at 3-16. Defendant accepted service of the complaint and summons on May 29, 2026. The current docket sheet for, and filings docketed in, the State Court Action as of the date of this Notice are attached hereto as **Exhibit 1**.

The Complaint alleges one cause of action against THG under the federal Telephone Consumer Protection Act of 1991 (47 U.S.C. § 227 *et seq.*) ("TCPA") and its accompanying

regulations. *See* Exhibit 1 at 6-16. Plaintiff alleges that THG violated the TCPA by sending Plaintiff text messages after he opted out of receiving such messages. *Id.* Defendant disputes these allegations.

## II. This Court Has Jurisdiction Under Federal Question Removal Statute.

Removal is proper under 28 U.S.C. § 1331 because Plaintiff's sole cause of action is under the federal TCPA and therefore this Court has original jurisdiction. The venue of this removal action is proper pursuant to 28 U.S.C. §1441(a) because the United States District Court for the Southern District of Florida, Miami Division, embraces the judicial circuit which includes the Circuit Court in and for Miami-Dade County, Florida, where the State Court Action was pending.

## III. Removal Is Otherwise Proper Based on All Procedural Requirements.

As THG accepted service of the Complaint on May 29, 2026, Defendant is timely filing this Notice within 30 days of service as required under 28 U.S.C. § 1446(b).

Immediately upon the filing of this Notice of Removal, THG will give written notice to Plaintiff of this Action's removal and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, pursuant to § 1446(d) for filing with the papers of Plaintiff's suit there.

## IV. Conclusion

Accordingly, THG gives notice that this Action, initiated in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, assigned Case No. 2026-010532-CA-01, is hereby removed to the United States District Court for the Southern District of Florida for the reasons set forth herein.

Dated: June 18, 2026

**DLA PIPER LLP (US)**

*/s/ Erin N. Berhan*
Erin N. Berhan
Florida Bar Number: 1038948
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
T: 305-423-8529
erin.berhan@us.dlapiper.com

*Attorney for Defendant*
*THG Nutrition US Inc. d/b/a My Protein*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and I caused a true and correct copy of the foregoing document to be emailed to the following Plaintiffs' counsel:

**The Law Offices of Jibrael S. Hindi**
Zane C. Hedaya, Esq.
zane@jibraellaw.com
T: 813-340-8838
1515 NE 26th St
Wilton Manors, FL 33305

*Counsel for Plaintiff*
*Yousuf Ahmed*

*/s/ Erin Berhan*
Erin Berhan